**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**800 Wilshire Group, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **00-0007002** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**800 Wilshire Blvd., Suite 640**<br>**Los Angeles, CA**<br>ZIPCODE **90017** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**800 Wilshire Blvd., Suite 640, Los Angeles, CA**    ZIPCODE **90017** | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
**Check one box:**
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☒ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **800 Wilshire Group, LLC** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
Signature of Attorney for Debtor(s)          Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** **800 Wilshire Group, LLC** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Marc Weitz*<br>Signature of Attorney for Debtor(s)<br><br>**Marc Weitz 242830**<br>**Law Office of Marc Weitz**<br>**633 West 5th Street, Ste 2800**<br>**Los Angeles, CA 90071**<br>**(213) 223-2350 Fax: (213) 784-5407**<br>**marcweitz@weitzlegal.com**<br><br>**February 8, 2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ Jill Bigelow*<br>Signature of Authorized Individual<br><br>**Jill Bigelow**<br>Printed Name of Authorized Individual<br><br>**Managing Member**<br>Title of Authorized Individual<br><br>**February 8, 2010**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

IN RE:    Case No. _____

**800 Wilshire Group, LLC**    Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **800 SWC Wilshire (Landlord)**<br>800 Wilshire Blvd., Suite 310<br>Los Angeles, CA  90017 | | | | **280,000.00** |
| **Gabriel Morales**<br>2729 Westshire Dr.<br>Los Angeles, CA  90068 | | | | **156,013.83** |
| **State Board of Equalization**<br>5901 Green Valley Circle, Suite 200<br>Culver City, CA  90231 | | | | **143,765.42** |
| **RielBig Concepts LLC**<br>800 Wilshire Blvd., Suite 640<br>Los Angeles, CA  90017 | | | | **55,500.00** |
| **Foxgloves East**<br>3280 Linda Vista Rd.<br>Glendale, CA  91206 | **Laurel Hagopian**<br>(626) 233-0409 | | | **28,000.00** |
| **West Central Produce Inc.**<br>2020 E. 7th Place PO Box 21331<br>Los Angeles, CA  90021 | (213) 629-3600 | | | **13,406.30** |
| **De Lage Landen**<br>P.O. Box 41601<br>Philadelphia, PA  19101-1601 | | | | **9,000.00** |
| **Santa Monica Seafood**<br> 18531 Broadwick St.<br>Rancho Dominguez, CA  90220 | **Morton Markovitz**<br>(310) 866-7900 | | | **7,861.41** |
| **Rocker Bros. Meat Co.**<br>405 N. Centinela Ave.<br>Inglewood, CA  90302 | | | | **6,157.02** |
| **Young's Market**<br>P.O. Box 30145<br>Los Angeles, CA  90030 | (800) 627-2777 | | | **5,400.00** |
| **Southern Califronia Magazine Group**<br>3679 Motor Ave., Ste 300<br>Los Angeles, CA  90034 | | | | **5,139.00** |
| **Southern Wine and Spirits**<br>2501 S. Hoover<br>Los Angeles, CA  90007 | | | | **4,890.52** |
| **Right Insurance Marketing**<br>12600 Brookhurst St. Suite 200<br>Garden Grove, CA  92840 | | | | **3,499.40** |
| **Universal Seafood**<br>7333 Fulton Ave.<br>North Hollywood, CA  91605 | (818) 764-2800 | | | **3,462.80** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---:|
| **US Foods**<br>15155 Northam St.<br>La Mirada, CA  90638 | | 3,135.17 |
| **Consolidated Disposal**<br>12949 Telegraph Rd.<br>Santa Fe Springs, CA  90670 | | 2,927.78 |
| **Superior Anhausner Foods**<br>6701 Wilson Avenue<br>Los Angeles, CA  90001 | | 2,521.20 |
| **Accudata**<br>1301 Manhattan Ave, Suite G<br>Hermosa Beach, CA  90254 | | 1,941.68 |
| **Jill Bigelow**<br>2729 Westshrie Dr.<br>Los Angeles, CA  90068 | | 1,759.42 |
| **R.W. Smith & Co.**<br>P.O. Box 51847<br>Los Angeles, CA  90051 | **Reg Williams**<br>(858) 527-6282 | 1,398.90 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **February  8, 2010**          Signature: ***/s/ Jill Bigelow***

**Jill Bigelow, Managing Member**
(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Central District of California**

**IN RE:**                                                                                           Case No. _____

**800 Wilshire Group, LLC**                                                                          Chapter **11**
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **ADV Investments** <br> **45288 Crystal Springs Dr.** <br> **Indio, CA  92201** | 32.200000 | |
| **Dario Diaz** <br> **1259 Galemont Ave.** <br> **Hacienda Heights, CA  91745** | 5.800000 | |
| **Erwin Gordillo** <br> **2328 Black Pine Rd.** <br> **Chino Hills, CA  91709** | 8.100000 | |
| **Gary Tenzer** <br> **1918 Westridge Terrace.** <br> **Los Angeles, CA  90049** | 3.200000 | |
| **John Vasquez** <br> **9400 Readcrest Dr.** <br> **Beverly Hills, CA  90210** | 10.400000 | |
| **Name** <br> **Address** <br> **City,    Zip** | 0 | |
| **RielBig Concepts LLC** <br> **2729 Westshire Dr.** <br> **Los Angeles, CA  90068** | 32.200000 | |
| **Vince Saiki** <br> **20003 Emerald Meadow Dr.** <br> **Walnut, CA  91789** | 8.100000 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
800 Wilshire Group LLC
800 Wilshire Blvd Suite 640
Los Angeles, CA  90017


Law Office of Marc Weitz
633 West 5th Street Ste 2800
Los Angeles, CA  90071
```

```
800 SWC Wilshire (Landlord)
800 Wilshire Blvd Suite 310
Los Angeles, CA  90017


Accudata
1301 Manhattan Ave Suite G
Hermosa Beach, CA  90254


ADV Investments
45288 Crystal Springs Dr
Indio, CA  92201


Airgas West
PO Box 7423
Pasadena, CA  91109-7432


Anthem Blue Cross
PO Box 9062
Oxnard, CA  93031-9062


Baker Commodities
4020 Bandini Blvd
Vernon, CA  90058


Braun Linen
16514 S Garfield BOX 348
Paramount, CA  90723


Capiaux Cellars
PO Box 963
Anguin, CA  94508


City of Los Angeles
City of Los Angeles Office of Finan
Los Angeles, CA  90053
```

```
Classic Distributing & Beverage
PO Box 60397
Los Angeles, CA  90060


Coca-Cola North America
 PO Box 102703
Atlanta, GA  30368-2703


Consolidated Disposal
12949 Telegraph Rd
Santa Fe Springs, CA  90670


CRT
7735 Friends Ave
Whittier, CA  90602


De Lage Landen
PO Box 41601
Philadelphia, PA  19101-1601


Di Oggi Fruits & Veggies
PO Box 35618
Los Angeles, CA  90035


Fortessa
Fortessa 22601 Davis Dr
Sterling, VA  20164-4471


Foxgloves East
3280 Linda Vista Rd
Glendale, CA  91206


Frank-Lin Distillers
PO Box 60048
Los Angeles, CA  90060-0048
```

```
Gabriel Morales
2729 Westshire Dr
Los Angeles, CA  90068


Gourmet LA Bakery
548 S Broadway
Los Angeles, CA  90013


Isotech
PO Box 4215
Covina, CA  91723


Jill Bigelow
2729 Westshrie Dr
Los Angeles, CA  90068


La Chapalita
316 N FORD BLVD
Los Angeles, CA  90022


Melrose Baking Company
7356 Melrose Ave
Los Angeles, CA  90046


Mission Beverage
 PO Box 33256
Los Angeles, CA  90033


OCE Copier
7555 E Hampton Ave Ste 200
Denver, CO  80231-4834


OCE Financial
PO Box 41601
Philadelphia, PA  19101-1601
```

```
Open Table
PO Box 49322
San Jose, CA  95161-9322


RW Smith & Co
PO Box 51847
Los Angeles, CA  90051


RielBig Concepts LLC
800 Wilshire Blvd Suite 640
Los Angeles, CA  90017


Right Insurance Marketing
12600 Brookhurst St Suite 200
Garden Grove, CA  92840


Rocker Bros Meat Co
405 N Centinela Ave
Inglewood, CA  90302


Santa Monica Seafood
 18531 Broadwick St
Rancho Dominguez, CA  90220


Sesac
55 Music Square East
Nashville, TN  37203-4362


Southern Califronia Magazine Group
3679 Motor Ave Ste 300
Los Angeles, CA  90034


Southern Wine and Spirits
2501 S Hoover
Los Angeles, CA  90007
```

Special T Water Systems
11934 Washington Blvd
Whittier, CA  90606


State Board of Equalization
5901 Green Valley Circle Suite 200
Culver City, CA  90231


Sunwest Bank (SBA Loan)
17542 East 17th Street
Tustin, CA  92780


Superior Anhausner Foods
6701 Wilson Avenue
Los Angeles, CA  90001


Sysco Food Services
 20701 East Currier Road
Walnut, CA  91789


Town & Coutnry Event Rentals
7700 Airport Business Park Way
Van Nuys, CA  91406


Unique Distributors
8891 Watson St Ste 101
Cryprss, CA  90630


Universal Seafood
7333 Fulton Ave
North Hollywood, CA  91605


US Foods
15155 Northam St
La Mirada, CA  90638

```
Vendor
Address
City,      ZIP


West Central Produce Inc
2020 E 7th Place PO Box 21331
Los Angeles, CA  90021


West Coast Wines Distribution
PO Box 3457
Napa, CA   94558


Young's Market
PO Box 30145
Los Angeles, CA  90030


Zee Medical
Zee Medical PO Box 781525
Indianapolis, IN   46278


Zephyr
1166 Commerce Blvd Suite D
American Canyon, CA   94503
```