Marc Weitz (SBN 242830)
633 West 5th Street
Suite 2800
Los Angeles, CA 90071
(213) 223-2350
Fx: (213) 784-5407
marcweitz@weitzlegal.com
Proposed Attorney for 800 Wilshire Group, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | CASE NO. 2:10-bk-14457 |
| 800 WILSHIRE GROUP, LLC | Assigned to the Honorable Alan Ahart |
| Debtor. | Chapter 11 |
| | **MOTION TO PAY PREPETITION PAYROLL AND TO HONOR PREPETITION PROCEDURES** |
| | DATE: To be Set<br>TIME: To be Set<br>DEPT: 1375 |

TO THE HONORABLE ALAN AHART UNITED STATES BANKRUPTCY JUDGE:

The 800 Wilshire Group, LLC ("Debtor") files this Motion to pay prepetition payroll and to honor prepetition employment procedures as required by LBR 2081-1(a)(6).

1. Per LBR 2081-1(a)(6) a Motion to pay prepetition payroll and to honor prepetition employment procedures may be approved if:

    a. The employees are still employed;

    b. The necessity for payment;

    c. The benefit of the procedures;

    d. The prospect of reorganization;

    e. Whether the employees are insiders;

      f. Whether the employees' claims are within the limits established by 11 U.S.C. § 507; and that

      g. The payment will not render the estate administratively insolvent.

2. This Motion is further based on the Declaration of Jill Bigelow.

3. The amount of payroll requested is $33,549.34 for 64 employees.

WHEREFORE, the Debtor respectfully requests that the Court issue an Order allowing Debtor to pay prepetition payroll of $33,549.34 and allow Debtor to honor prepetition procedures.

DATED: February 10, 2010                            Respectfully submitted,

                                                By: /S/ MARC WEITZ
                                                Marc Weitz
                                                Proposed Attorney for the 800 Wilshire Group, LLC

## DECLARATION OF JILL BIGELOW

Jill Bigelow declares:

1. I am the Managing Member of 800 Wilshire Group, LLC.

2. By virtue of the foregoing, I have personal knowledge of the facts set forth in this Declaration and, if called upon as a witness, could and would testify completely to these facts under oath.

3. 800 Wilshire Group, LLC owns and operates Provecho Restaurant and the Remedy Lounge.

4. 800 Wilshire Group, LLC still employs employees

5. In order to continue to operate Provecho Restaurant and Remedy Lounge, 800 Wilshire Group, LLC must continue to pay their employees or will cease to operate.

6. By continuing to operate this will benefit the bankruptcy estate as it will continue to generate cash for reorganization and the business will continue to exist in order to facilitate reorganization.

---

DECLARATION OF JILL BIGELOW

1

7. 800 Wilshire Group, LLC has debts and obligations that are manageable through bankruptcy. Therefore the prospects for reorganization are excellent.

8. None of the employees to be paid pre-petition wages are insiders.

9. Each employee's claim is within the limits of 11 U.S.C. § 507, in the payments are less than $10,950 per employee.

10. Paying pre-petition payroll will not render the estate administratively insolvent.

11. The pre-petition payroll amount is $33,549.34 for 64 employees.

I Declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on February 9, 2010 at Los Angeles, California.

_____
Jill Bigelow

---
DECLARATION OF JILL BIGELOW
2

Order Shortening Time [Local Bankruptcy Rule 9075-1(b)] – *Page 3*    **F 9075-1**

| In re: | CHAPTER |
|---|---|
| Debtor. | CASE NUMBER |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d), and (b) in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:



☐    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.



☐    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.



☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


_____    __/s/Marc Weitz_____
*Date*                               *Type Name*                               *Signature*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9075-1**