# EXHIBIT B

# FIVE (5) BUSINESS DAY NOTICE TO PAY RENT OR SURRENDER POSSESSION
(Section 1161.1 of the California *Code of Civil Procedure*)

TO:    800 Wilshire Group, LLC, a California limited liability company, and All In Possession;

RE:    That 800 Wilshire Boulevard Office Lease dated September 10, 2007 and any and all amendments, addenda and exhibits thereto (the "Lease"), respecting that certain real property located at 800 Wilshire Blvd., Suite 640, Los Angeles, California 90017 (the "Premises").

You have defaulted in the payment of rental charges due under the Lease. The Landlord, SWC 800 WILSHIRE, LLC, a California limited liability company ("Landlord") reasonably estimates, under Section 1161.1 of the California *Code of Civil Procedure*, that the total of the rental due under the Lease for the last year is the sum of $39,743.19.

Landlord demands that, within five (5) business days, you either pay the total sum of $39,743.19 or vacate the Premises. Such payment must be personally delivered to Landlord c/o CB Richard Ellis, 800 Wilshire Blvd., Suite 310, Los Angeles, California 90017, attn: Anthony W. Kuhns, 213-627-5626, at any time between 10:00 a.m. and 4:00 p.m., Monday through Friday. If you fail or refuse to pay Landlord the total sum of $39,743.19 within such five (5) business days, Landlord elects to declare a forfeiture of the Lease and the Lease will terminate under Section 1951.2 of the California *Civil Code*.

If you fail or refuse to pay the total sum of $39,743.19 or to return possession of the Premises to Landlord within five (5) business days, Landlord will institute, without further notice or demand, legal action to: (1) terminate the Lease; (2) recover possession of the Premises; (3) recover statutory damages of up to $600.00; and (4) recover attorneys' fees and other costs incurred in this legal action.

Landlord will accept any partial payments made by you under Sub-Section 1161.1(b) and (c) of the California *Code of Civil Procedure*. If you make a partial payment after the service of this Notice, Landlord may accept the partial payment and may file, without further notice or demand, the legal action described in the preceding paragraph. Any payments after the notice period has elapsed may or may not be accepted, at the discretion of Landlord. If Landlord does not intend to accept a payment that has been sent to a lock box, Landlord will return the payment as soon as Landlord becomes aware of it. The fact that your check has been deposited does not mean that Landlord was aware of it and intended to accept it.

If you make a partial payment after the service of legal action described in the preceding paragraph, Landlord may accept the partial payment and may amend the legal action to reflect the partial payment without delaying that action from proceeding.

Dated: January 27, 2010

"Landlord"
SWC 800 WILSHIRE, LLC,
a California limited liability company

By:    Liner Grode Stein Yankelevitz
Sunshine Regenstreif & Taylor LLP,
its attorneys

_____
David M. Cohen, Esq.

0020012/001/ 451837v01