# EXHIBIT C

David M. Cohen, Esq. (SBN: 160535)
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Plaintiff
SWC 800 WILSHIRE, LLC, a California limited liability company

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

FEB 08 2010

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
SHAUNYA WESLEY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| SWC 800 WILSHIRE, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>800 Wilshire Group, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. **BC431351**<br><br>**VERIFIED COMPLAINT FOR UNLAWFUL DETAINER**<br><br>[Unlimited Jurisdiction] |

SWC 800 WILSHIRE, LLC, a California limited liability company ("Plaintiff") alleges as follows:

### CAUSE OF ACTION FOR UNLAWFUL DETAINER

(Against All Defendants)

**A.   The Parties.**

1. At all times mentioned herein, Plaintiff was and now is a California limited liability company lawfully doing business in the State of California, County of Los Angeles.

2. Plaintiff is informed and believes that, at all times mentioned herein, defendant 800 Wilshire Group, LLC (collectively with the below described DOE defendants, "Defendants") is and was a a California limited liability company doing business in the County of Los Angeles, State of California.

---

Case No.
VERIFIED COMPLAINT FOR UNLAWFUL DETAINER

0038020/414/ 452754v01

3. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants named herein as Does 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues such Defendants by such fictitious names. Plaintiff alleges, on information and belief, that defendants Does 1 through 10, inclusive, are in some manner in possession of the Premises set forth herein and/or responsible and/or liable for the damages and/or action alleged herein. Plaintiff will amend this Complaint to show and/or add the true names and capacities of such fictitiously named defendants when the same has been ascertained.

4. Plaintiff alleges on information and belief that at all times mentioned herein, each of the Defendants was and now is the agent, servant, employee, representative and/or alter ego of each of the other Defendants, and in doing the things hereinafter mentioned, was acting within the scope of his/her authority as such agent, servant, employee, representative and/or alter ego, with the permission and consent of the remaining defendants.

**B.   The Lease.**

5. On or about September 10, 2007, Plaintiff, as Landlord, and Defendants, as Tenant, entered into a written Office Lease (as amended on February 25, 2009, the "Lease") for the premises located at 800 Wilshire Blvd., Suite 640, Los Angeles, California 90017 (the "Premises"). A true and correct copy of the Lease is attached hereto as Exhibit "A" and is incorporated herein by this reference.

6. Plaintiff currently is the owner of the Premises and holds all of the right, title and interest of the Landlord under the Lease.

7. The Lease at Article 20 provides that the prevailing party in any litigation with respect to the Leases shall be entitled to recover its attorneys' fees and court costs from the losing party.

8. Plaintiff has retained the firm of Liner Grode Stein Yankelevitz Sunshine Regenstreif & Taylor LLP to protect its rights under the Lease, and has incurred and will continue to incur an unascertained amount of reasonable attorneys' fees and costs. Plaintiff will seek those amounts at the time of trial.

### C. Non-Payment of Rent/Termination of Lease.

9. As more fully set forth in the Lease, Defendants are required during the term of the Lease to pay monthly base rent and additional rent. The amounts due on a monthly basis are hereinafter referred to as "Rent" and currently total $4,534.69.

10. Notwithstanding the requirements of the Lease, Defendants failed and refused to make all the payments of rent due under the Lease.

11. On January 27, 2010, Plaintiff duly and lawfully served a Five (5) Business Day Notice to Pay Rent or Surrender Possession (the "Notice") on Defendants in accordance with the provisions of the Lease and California Code of Civil Procedure Sections 1161, 1161.1 and 1162 by delivering a copy to Jill Bigelow, the person apparently in charge of the Premises and by mailing a copy to the Premises via US First Class Mail, postage prepaid. The Notice required Defendants to pay the sum of $39,743.19, the amount of Rent outstanding under the Lease through January 27, 2010 for the past year, or quit the Premises within five (5) business after service of the Notice. The Notice further set forth Plaintiff's election to declare a forfeiture of the Lease. A true and correct copy of the Notice and the certified receipt is attached hereto as Exhibit "B" and incorporated herein by this reference.

12. More than five (5) business days have elapsed since the service of the Notice and there was no lawful tender of the amount set forth in the Notice. Defendants are still in possession of the Premises.

13. Plaintiff is informed and believes that the rental value of the Premises totals $149.09 per day.

WHEREFORE, Plaintiff prays for judgment against the Defendants as follows:

1. For immediate restitution and possession of the Premises;

2. For an order that the Lease is forfeited and terminated;

3. For an order that Defendants' right to possession of the Premises has been terminated;

---

3
VERIFIED COMPLAINT FOR UNLAWFUL DETAINER                                        Case No.

0038020/414/ 452754v01

4. For past due Rent totaling $39,743.19 and damages according to proof but in no case less than $149.09 per day for each day Defendants continue in possession of the Premises from February 1, 2010 up to the time of Judgment;

5. For costs of suit incurred herein; and

6. For such other and further relief as the Court deems just and proper.

Dated: February 5, 2010

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP

By: _____
David M. Cohen
Attorneys for Plaintiff
SWC 800 WILSHIRE, LLC, a California
limited liability company

---

4                                                                Case No.
VERIFIED COMPLAINT FOR UNLAWFUL DETAINER

0038020/414/ 452754v01

Case No. _____

## VERIFICATION

I have read the foregoing **VERIFIED COMPLAINT FOR UNLAWFUL DETAINER** and know its contents. The matters stated in it are true to the best of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

(Check applicable paragraph)

___ I am a party to this action.

_X_ I am employed as a Senior Real Estate Manager by CB Richard Ellis, the property manager and agent for SWC 800 WILSHIRE, LLC, a California limited liability company, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. As Senior Real Estate Manager, I have responsibility for the day-to-day operations of the premises which are the subject of the pending unlawful detainer action.

Plaintiff owns the premises which are the subject of the unlawful detainer action. Plaintiff has retained and authorized CB Richard Ellis to oversee the day-to-day operations of the premises, including initiating legal action on behalf of the Plaintiff. The verification is not made by Plaintiff because CB Richard Ellis, and in particular, the undersigned, oversees the day-to-day operations of the Premises and has personal knowledge of the defendant's default.

___ I am one of the attorneys for plaintiff, a party to this action. Such party is absent from the county of aforesaid where such attorneys have their office, and I make this verification for and on its behalf, and I make this verification for that reason.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 4, 2010, at Los Angeles, California

_____
Anthony Kuhns

5
VERIFIED COMPLAINT FOR UNLAWFUL DETAINER    Case No. _____

0038020/414/ 452754v01

```
L.A.S.C. - FILINGS #32
111 N. HILL STREET
LOS ANGELES CA 90012

DATE PAID:   02/08/10  11:17:11 AM
RECEIPT #:   CCH465980035


CIT/CASE: BC431351 LEA/DEF#:

PAYMENT:  $355.00              0310
RECEIVED:
       CHECK:     355.00
       CASH:
       CHANGE:
       CARD:
```