| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without counsel* <br> ☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re: | CHAPTER: |
|---|---|
|  | CASE NO.: |
|  | DATE: <br> TIME: <br> CTRM: <br> FLOOR: |
| Debtor(s). | |

**RESPONSE TO MOTION FOR ORDER TO TERMINATE, ANNUL, MODIFY, OR CONDITION THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 AND DECLARATION(S) IN SUPPORT
(MOVANT: _____ )
(RESPONDENT: ☐ Debtor   ☐ Trustee   ☐ Other: _____ )**

*GENERAL NOTE: A request for additional time is **not** usually an adequate response in opposition to the Motion. This Response and supporting declaration(s) and other admissible evidence must be filed with the Court and served pursuant to the Local Bankruptcy Rules.*

1. ☐ **NON-OPPOSITION:** Notice is hereby given that the Respondent does not oppose the granting of the Motion.

   *NOTE: If you do not oppose the Motion, there is no need to appear at the hearing scheduled in the Motion.*

2. ☐ **LIMITED OPPOSITION -- APPEARANCE REQUIRED:** Respondent opposes the Motion only to the extent that it seeks immediate relief from stay. Respondent requests that no lock out, foreclosure, or repossession shall take place before *(specify date)*:

   The reason for this request is *(specify):*

*(Continued on next page)*

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 4001-1M.RES**

Response to Motion for Relief from Stay - *Page 2 of* ___    **F 4001-1M.RES**

| In re | (SHORT TITLE) | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NO.: |

3. ☐ **OPPOSITION -- APPEARANCE REQUIRED:** Notice is hereby given that the Respondent opposes the granting of the Motion for the reasons set forth below.

   a. Respondent disputes the allegations/evidence contained in the Motion. As shown in the Declaration(s) filed with this Response:

   ☐ The value of the Property is $_____, based upon (*specify*):

   ☐ Total amount of debt (loans) on the Property is $_____.

   ☐ More payments have been made to Movant than the Motion has accounted for. True and correct copies of canceled checks proving the payments that have been made are attached as Exhibit _____.

   ☐ The Property is necessary for an effective reorganization. Respondent has filed or intends to file a plan requiring the Property. A true and correct copy of the Plan is attached as Exhibit _____.

   ☐ The Property is insured. A true and correct copy of the policy currently in effect is attached as Exhibit _____.

   ☐ The Movant's description of the status of the unlawful detainer proceeding is not accurate. See attached Declaration for Respondent's evidence.

   ☐ Respondent denies that this bankruptcy was filed in bad faith or improperly. See attached Declaration containing Respondent's evidence.

   ☐ Debtor would be prejudiced if the lawsuit or administrative proceeding is allowed to continue outside the bankruptcy court. See attached Declaration regarding Respondent's contentions.

   ☐ Service of the Motion:    ☐ Not all parties were served    ☐ Insufficient notice of the hearing

   ☐ Incorrect address used for *(specify)* _____

   ☐ Other *(specify)*:

   b. Respondent asserts:

   ☐ Case has been converted from Chapter _____ to Chapter _____.

   ☐ All postpetition arrears will be cured by the hearing date.

   ☐ The Debtor has equity in the Property in the amount of $_____.

   ☐ Movant has an equity cushion of $_____ which is sufficient to provide adequate protection.

   ☐ The Property is necessary for an effective reorganization because *(specify reasons why)*:

   ☐ The Motion should be denied because *(specify)*:

*(Continued on next page)*

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-1M.RES**

Response to Motion for Relief from Stay - *Page 3 of* ____    **F 4001-1M.RES**

| In re | (SHORT TITLE) | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NO.: |

4. **EVIDENCE IN SUPPORT OF RESPONSE AND SUPPORTING PAPERS:**

> ***NOTE RE SUPPORTING PAPERS:*** *Declarations in opposition to the Motion **MUST** be attached hereto. Any individual signing a declaration must have personal knowledge of the facts stated in it and should attach any supporting documents, if possible. You may attach a Memorandum of Points and Authorities if you desire, but it is not required.*

> ***NOTE RE SERVICE OF RESPONSE AND SUPPORTING PAPERS:*** *Pursuant to the Local Bankruptcy Rules, you must file with the Bankruptcy Court Clerk this completed Response along with supporting declaration(s) signed under penalty of perjury, AND also serve a copy of the Response and declaration(s) on the Movant's attorney (or Movant, if no attorney), the Bankruptcy Trustee, the United States Trustee, and all other parties to the Motion.*

Pursuant to the Local Bankruptcy Rules, attached hereto are the following papers in support of this Response:

☐ Declaration by Debtor            ☐ Declaration by Debtor's Attorney
☐ Declaration by Trustee           ☐ Declaration by Trustee's Attorney
☐ Declaration by Appraiser         ☐ Memorandum of Points and Authorities *(optional)*
☐ Other *(specify)*:

Dated:

Respectfully submitted,

_____
*Respondent's Name*

_____
*Law Firm Name (if applicable)*

By: _____
     *Signature*

Name: _____
     *Attorney for Respondent or Pro Se Respondent*

---

This form is OPTIONAL.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-1M.RES**

**ACORD**

# EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY): 02/17/2010

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE OF PROPERTY INSURANCE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**AGENCY**
RIGHT INSURANCE MARKETING
P.O. BOX 2249
GARDEN GROVE, CA. 92842

PHONE (A/C, No, Ext): (714) 636-6491
FAX (A/C, No): (714) 636-4289
E-MAIL ADDRESS:
CODE:    SUB CODE:
AGENCY CUSTOMER ID #:

**COMPANY**
Allied Insurance Company

**INSURED**
800 Wilshire Group, LLC
DBA: Provecho
800 Wilshire Boulevard
Los Angeles, CA 90017

LOAN NUMBER: 165301324
POLICY NUMBER: ACP BPF 7804287431
EFFECTIVE DATE: 02/16/2010
EXPIRATION DATE: 02/16/2011
CONTINUED UNTIL TERMINATED IF CHECKED
THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**
800 Wilshire Boulevard
Los Angeles, CA 90017

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Business Personal Property / Replacement Cost / Special Form | $555,600 | $1,000 |
| Business Income (Actual Loss Sustained) | ALS | None |

**REMARKS (Including Special Conditions)**

*10 DAYS FOR NON-PAYMENT OF PREMIUM

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL *30 DAYS WRITTEN NOTICE TO THE ADDITIONAL INTEREST NAMED BELOW, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

## ADDITIONAL INTEREST

**NAME AND ADDRESS**
Sunwest Bank, its Successors and / or assigns
17452 East 17th Street, Suite 200
Tustin, CA 92780

☐ MORTGAGEE    ☐ ADDITIONAL INSURED
☑ LOSS PAYEE
LOAN #: 165301324
AUTHORIZED REPRESENTATIVE: [signature]

ACORD 27 (2006/07)
© ACORD CORPORATION 1993-2006. All rights reserved.
The ACORD name and logo are registered marks of ACORD



# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 02/17/2010

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Right Insurance Marketing
12600 Brookhurst Street Suite 200
Garden Grove    CA    92840

**CONTACT NAME:** Erika Schmidt
**PHONE A/C, No:** (714) 636-6491
**FAX A/C, No:** (714) 636-4180
**E-MAIL ADDRESS:** e.schmidt@rightins.com
**PRODUCER CUSTOMER ID:**

**INSURER(S) AFFORDING COVERAGE** — **NAIC #**
**INSURER A:** Allied Insurance Company
**INSURER B:**
**INSURER C:**
**INSURER D:**
**INSURER E:**
**INSURER F:**

**INSURED**
800 Wilshire Group, LLC
DBA: Provecho
800 Wilshire Blvd.
Los Angeles    CA    90017

**COVERAGES**    **CERTIFICATE NUMBER:**    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY  [ ] CLAIMS-MADE [X] OCCUR | | X | ACP BPF 7804287431 | 02/16/2010 | 02/16/2011 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PROJECT [ ] LOC | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | | | | | | | Liquor Liability | 1,000,000 |
| | **AUTOMOBILE LIABILITY** ANY AUTO / ALL OWNED AUTOS / SCHEDULED AUTOS / HIRED AUTOS / NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | **UMBRELLA LIAB** [ ] OCCUR   **EXCESS LIAB** [ ] CLAIMS-MADE   DEDUCTIBLE   RETENTION $ | | | | | | EACH OCCURRENCE | $ |
| | | | | | | | AGGREGATE | $ |
| | | | | | | | | $ |
| | | | | | | | | $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | | | | [ ] WC STATUTORY LIMITS [ ] OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Location: 800 Wilshire Blvd. Los Angeles, CA 90017
Insurable Interest: Landlord- SWC 800 Wilshire, LLC a California limited liability company named as additional insured.
Certificate holder is listed as additional insured.    *10 days cancellation for non-payment of premium.

**CERTIFICATE HOLDER**
SWC 800 Wilshire, LLC
c/o CB Richard Ellis, Inc.
800 Wilshire Boulevard, Suite 310
Los Angeles    CA    90017

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE** *[signature: Mary F. Wright]*

ACORD 25 (2009/09)    The ACORD name and logo are registered marks of ACORD    © 1988-2009 ACORD CORPORATION. All rights reserved.

## DECLARATION OF MARC WEITZ

Marc Weitz declares:

1. I am the attorney for 800 Wilshire Group, LLC.

2. By virtue of the foregoing, I have personal knowledge of the facts set forth in this Declaration and, if called upon as a witness, could and would testify completely to these facts under oath.

3. This bankruptcy case was not filed in bad faith, but to reorganize the lease and the debt in order for the restaurant to continue to operate and pay back its creditors, including the landlord.

4. Movant is not the only creditor, but one creditor amongst 59 creditors in this bankruptcy.

5. This is not a face-sheet filing, there is a complete petition on file. An emergency petition was filed on February 8, 2010, a motion to extend deadline to file schedules was filed on February 22, 2010, and the complete petition was filed on March 1, 2010.

6. The Property is necessary for the effective reorganization of the Debtor. The Debtor is a restaurant that operates its business entirely from this Property. Without this Property the Debtor will be out of business and unable to reorganize. As the attorney for the Debtor, I will be working with the Movant (landlord) to restructure the lease with terms acceptable to both Movant and Debtor. If the relief from stay is granted, then the Debtor cannot reorganize and the creditors will see little or no payment. If the Debtor is allowed to remain in the Property then a successful reorganization is possible with payments to all creditors.

I Declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on March 10, 2010 at Los Angeles, California.

_____
Marc Weitz

DECLARATION OF MARC WEITZ
2

| In re | (SHORT TITLE) | CHAPTER: |
|---|---|---|
| | Debtor(s). | CASE NO.: |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____    /s/ Marc Weitz
*Date*    *Type Name*    *Signature*

This form is OPTIONAL.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-1M.RES**